UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIBEL CEDENO, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Omnex Group, Inc. d/b/a/ Giromex, Inc., and Does 1-20, inclusive,<br><br>Defendants. | Case No. 3:11-cv-5521-EDL<br><br>[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT<br><br>Hon. Elizabeth Laporte<br><br>Date: October 9, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor |

Plaintiff Maribel Cedeno's ("Plaintiff") Motion for Attorneys' Fees, Costs, and Class Representative Enhancement came on regularly for hearing before this Court on October 9, 2012. The parties were represented by their respective counsel of record.

After full consideration of the written evidence and arguments submitted by the parties, the Court's records and files on this action, and the oral arguments of the parties' counsel, IT IS HEREBY ORDERED AS FOLLOWS:

(1) Plaintiff's attorneys are awarded fees and costs in the amount of $45,000 from the parties' stipulated $150,000 Gross Settlement Amount.

//

(2) Plaintiff Maribel Cedeno is awarded a class representative enhancement in the amount of $5,000 from the parties' stipulated $150,000 Gross Settlement Amount.

**IT IS SO ORDERED.**

DATED: October 15, 2012, 2012

*Elizabeth D. Laporte*
Honorable Elizabeth Laporte